IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CAROLINA CASUALTY INSURANCE    )
COMPANY,                       )
                               )
              Plaintiff,       )         8:09CV295
                               )
        v.                     )
                               )
THE LAW FIRM OF RAYNOR, RENSCH )         ORDER
& PFEIFFER, JOHN P. RAYNOR,    )
FIRST STATE BANK, A & G        )
PRECISION PARTS LLC, A & G     )
PRECISION PARTS FINANCE LLC,   )
DENNIS WALKER and JANE OR      )
JOHN DOES 1-10,                )
                               )
              Defendants.      )
_____)
```

      This matter is before the Court on the stipulation of the parties that defendants Dennis Walker, A & G Precision Parts LLC, A & G Precision Parts Finance LLC, shall have until February 26, 2010, in which to file a reply to the opposition of plaintiff to A & G's motion to dismiss.  The Court will approve and adopt the stipulation.  Accordingly,

      IT IS ORDERED that the stipulation of the parties is approved and adopted; said defendants shall have until February 26, 2010, to reply to plaintiff's opposition to the motion to dismiss.

      DATED this 18th day of February, 2010.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court