IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:09CV295<br><br>ORDER |
| Plaintiff, | | |
| vs. | | |
| THE LAW FIRM OF RAYNOR, RENSCH & PFEIFFER, JOHN P. RAYNOR, FIRST STATE BANK, A & G PRECISION PARTS, LLC, A & G PRECISION PARTS FINANCE, LLC, DENNIS WALKER and JANE OR JOHN DOES 1-10, | | |
| Defendants. | | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 36)

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, March 16, 2010 at 10:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 5th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court