IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV295 |
| v. | ) ) | |
| A & G PRECISION PARTS LLC, A & G PRECISION PARTS FINANCE LLC, DENNIS WALKER and JANE OR JOHN DOES 1-10, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's motion to strike reply brief is denied as moot, and plaintiff's alternative motion for leave to file a sur response brief is granted (Filing No. 38); and

2) The A&G Defendants' motion to dismiss (Filing No. 25) is granted; the A&G Defendants are dismissed without prejudice.

DATED this 20th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court